# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-356-112**
**Effective Date of Registration:**
December 11, 2022
**Registration Decision Date:**
July 31, 2023

## Title

**Title of Work:** Date Night Adventure with 40 Scratch-Off Dates (in Cards, Book and Album Edition)

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** July 05, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Black Peter
  **Author Created:** 2-D artwork, text
  **Citizen of:** United States
  **Year Born:** 1996
  **Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Zihao Chen
3513 164th ln sw, lynnwood, WA, 98037

## Rights and Permissions

**Organization Name:** Fengxianchendiandianzishangwuyouxiangongsi
**Name:** Black Peter
**Email:** blackpeteram@gmail.com
**Telephone:** 4252453286
**Address:** Wangjia Street East, Zhaoshangchang South, Fengxian County Xuzhou, Jiangsu 221700 China

Page 1 of 2

Exhibit 1

## Certification

**Name:** zihao chen
**Date:** December 11, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: Idea for, and procedure or method of operation used in, game not copyrightable. 17 USC 102(b). Registration extends to [text, artwork, photograph(s)] contained in deposited work.

**Registration #:** VA0002356112
**Service Request #:** 1-12018718361



Zihao Chen
3513 164th ln sw
lynnwood, WA 98037 United States

Exhibit 1